# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BUZZARD, JR.,

    Petitioner,

v.

PATRICK GLEBE,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C13-2312-RSM

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved. Petitioner's petition for writ of habeas corpus is denied and this action is dismissed with prejudice. Petitioner is denied issuance of a certificate of appealability.

Dated this 19th day of June 2015.

                                                      WILLIAM M. MCCOOL
                                                             Clerk

                                        s/ Rhonda Stiles
                                        Deputy Clerk